Request for Jurisdiction Transfer  
Name of Offender: Damon Eugene Smith

March 12, 2025  
2:20-CR-00221-FMO-003

**FILED**  
CLERK, U.S. DISTRICT COURT  
3/13/25  
CENTRAL DISTRICT OF CALIFORNIA  
BY: V. Figueroa DEPUTY

PROB 22  
(Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*  
2:20CR221-FMO-003

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*  
2:25-cr-00067-APG-BNW-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Damon Eugene Smith | Central of California | Western |

✓ FILED   ___ RECEIVED  
___ ENTERED  ___ SERVED ON  
MAR 19 2025  
CLERK, U.S. DISTRICT COURT  
DISTRICT OF NEVADA  
BY: AMMi  DEPUTY

NAME OF SENTENCING JUDGE: Honorable Fernando M. Olguin

DATES OF PROBATION/SUPERVISED RELEASE: FROM July 8, 2024 TO July 7, 2028

**OFFENSE**  
Count 1: 21 U.S.C. §846, 21 U.S.C. §841 (b)(1)(B) Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substance

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)  
Prosocial Ties

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   CENTRAL   DISTRICT OF   CALIFORNIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 13, 2025  
Date

*(signed)* Fernando M. Olguin  
United States District Judge  
Hon. Fernando M. Olguin

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF   NEVADA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 21, 2025  
Effective Date

*(signed)*  
United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Damon Eugene Smith
Case No.: TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

March 18, 2025

TO:    United States District Judge

On October 13, 2021, Damon Eugene Smith was sentenced in the Central District of California by the Honorable Judge Fernando M. Olguin to a term of 60 months imprisonment followed by four (4) years of supervised release for committing the offense of Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, a Class B felony. Smith commenced supervision on July 8, 2024, in the District of Nevada, where he has remained.

Smith has no intention of returning to the Central District of California. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Fernando M. Olguin has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*BrianaCasey*
Digitally signed by Briana Casey
Date: 2025.03.18 15:17:44 -07'00'

Briana Casey
United States Probation Officer

Approved:

*Joy gck*
Digitally signed by Joy Gabonia
Date: 2025.03.18 13:45:22 -07'00'

Joy Gabonia
Supervisory United States Probation Officer