UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00067-APG-BNW |
|---|---|
| Plaintiff | **Order Granting Early Termination of Supervised Release** |
| v. | |
| DAMON EUGENE SMITH, | [ECF No. 7] |
| Defendant | |

Damon Smith moves to terminate his supervised release early. ECF No. 7.  Neither the United States Attorney nor the Probation Office oppose. ECF No. 10.

Modification or termination of supervised release is governed by 18 U.S.C. § 3583(e). Under that statute, I first must consider "the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7). . . ."  Mr. Smith was convicted of Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances.  He was sentenced to 60 months in prison followed by 48 months of supervised release.  The conditions of his supervised release have protected the public and deterred Mr. Smith from committing additional crimes.

After examining the section 3553 factors, I may terminate supervised release "if [I am] satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. . . ." 18 U.S.C. § 3583(e)(1).  Mr. Smith has completed over 12 months of supervision. He has properly performed while on supervised release.  He has no disciplinary issues and is not receiving services through the Probation Office.  He is gainfully employed, volunteers in his community, and maintains a good relationship with his family.  Terminating his supervised release will make it easier for him to travel across the country and earn more money as a truck

driver. He does not present a risk to the public or victims. I congratulate him on his efforts to overcome his past difficulties and on becoming a contributing member of society. I wish him success and good fortune going forward.

The present circumstances justify early termination of supervised release. Therefore, Mr. Smith's motion (**ECF No. 7) is GRANTED** and his supervised release is terminated immediately.

DATED this 25th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2